# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEANNE E. FERRARO,
    Plaintiff,

v.                              Case No. 10-C-0968

MICHAEL D. BANNON
    Defendant.

## ORDER

I previously granted defendant's motion to dismiss for lack of jurisdiction, but granted plaintiff thirty days in which to replead and cure deficiencies in the complaint. Having failed to replead,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** for lack of jurisdiction.

Dated at Milwaukee, Wisconsin this 6th day of July, 2011.


/s_____
LYNN ADELMAN
District Judge